**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO RUNNING AND SPECIAL EVENTS MANAGEMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 17-cv-2682 |
| CRAFT HOSPITALITY, LLC, | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

TO: United States District Court for the Northern District of Illinois, Eastern Division

Clerk, Circuit Court of Cook County, Illinois
County Department, Chancery Division
Richard J. Daley Center
50 West Washington Street
Chicago, Illinois 60602

Jeffrey M. Isaacson
Law Office of Jeffrey M. Isaacson
2033 N. Milwaukee Ave., #105
Deerfield, Illinois 60015

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1338, 1367, 1441, and 1446, Defendant Craft Hospitality, LLC ("Craft"), by its attorneys Saper Law Offices LLC, hereby removes this action from the Circuit Court of Cook County, Illinois, County Department, Chancery Division, to the United States District Court for the Northern District of Illinois, Eastern Division. In support of this Notice of Removal, Defendant Craft states as follows:

1. Plaintiff Chicago Running and Special Events Management, Inc. ("CRSEM") commenced this action by filing a Verified Complaint ("Complaint") against Craft in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, on April 6, 2017

(Docket No. 17 CH 05009). A copy of the Complaint is attached hereto as Exhibit A.

2. Removal of this action is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338, and 1367.

3. Although CRSEM has not yet formally served Craft with the Summons and Complaint, counsel for Craft received a copy of the Complaint, Notice of Emergency Motion, Emergency Motion for Temporary Restraining Order and Preliminary Injunction, which was slipped under the door to Craft's counsel's office on April 7, 2017. Thus, this Notice of Removal is timely pursuant to timely 28 U.S.C. § 1446(b) because it is filed within 30 days after receipt by Craft "through service or otherwise, of a copy of the initial pleading."

4. In its Complaint, CRSEM alleges two counts: (1) trademark infringement and (2) injunction.[1] Both counts stem from Craft's use of the phrase "Chicago Wine Fest" in the promotion of its wine festival event that will take place in Chicago.

5. In Count I of its Complaint for trademark infringement, CRSEM alleges

> That Plaintiff owns the federal and state trademark registration rights for the phrase "Chicago Fine [*sic*] Fest"
>
> That Defendant has been using the trademark "Chicago Fine [*sic*] Fest" without Plaintiff's permission.
>
> That Defendant's continued use is causing confusion to the public and damages the Plaintiff's good name and reputation.

Ex. A ¶¶ 18–20.

6. Similarly, in its cease and desist letter sent on March 24, 2017, which is attached to the Complaint and incorporated into the Complaint by reference, CRSEM's counsel asserts

[1] Since injunctive relief is "not a separate cause of action" in Illinois, but rather "an equitable remedy that a court can order when the plaintiff succeeds on the underlying cause of action," *Kopnick v. JL Woode Mgmt. Co.*, LLC, 2017 IL App (1st) 152054, ¶ 34 (citations omitted), Craft assumes that CRSEM means that it seeks injunctive relief for its trademark infringement claim.

that "[t]he phrase 'Chicago Wine Fest' is trademarked under US and State law and CRSEM is the owner of those rights." Ex. A at Ex. B. CRSEM's counsel concludes that Craft's use of the phrase "constitutes infringement in violation of the federal and state laws." *Ibid.*

7. CRSEM neither owns nor has ever owned federal trademark registration for the phrase "Chicago Wine Fest." Rather, CRSEM merely filed an application for a federal trademark registration on March 29, 2017. *See* Ex. B. Further, Plaintiff does not plead any specific grounds that would support relief – in any form – under Illinois state law. Accordingly, its contention that Craft violated its federal trademark ownership rights can only mean that it seeks to assert a claim against Craft for false designation of origin, pursuant to 15 U.S.C. § 1125(a). *See Dastar Corp. v. Twentieth Century Fox Film Corp.*, 539 U.S. 23, 30 (2003) (stating that 15 U.S.C. § 1125(a) provides a federal cause of action for the infringement of unregistered marks).

8. Thus, pursuant to 28 U.S.C. § 1331, this Court has jurisdiction over both counts in the Complaint because those counts arise under the laws of the United States, and pursuant to 28 U.S.C. § 1338(a) and (b) because those claims arise under federal statutes regarding trademarks or are claims of unfair competition joined with substantial and related claims under the trademark laws.

9. In addition, because both CRSEM's federal claims and state law claims are based on Craft's use of the term "Chicago Wine Fest," CRSEM's state law claims are so related to claims within this Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Thus, jurisdiction is also proper as to CRSEM's state law claims pursuant to 28 U.S.C. § 1367(a). *See Waukesha Floral & Greenhouses, Inc. v. Possi*, No. 15-CV-1365, 2016 WL 890572, at *1 (E.D. Wis. Mar. 8, 2016) (denying motion to sever and remand state law claim when complaint alleged related federal

trademark infringement claims).

10. Venue is proper in the Northern District of Illinois based on 28 U.S.C. § 1391(b)(1) and (c) because CRSEM alleges that Craft conducts business in the Northern District of Illinois. *See* Ex. A ¶ 2.

11. In conjunction with this Notice of Removal, and pursuant to 28 U.S.C. § 1446(d), Craft will promptly provide written notice to Plaintiff of their filing of same, and will promptly file a Notice of Filing of Notice of Removal with the Circuit Court of Cook County, Illinois, County Department, Chancery Division.

WHEREFORE, Craft Hospitality, LLC, notifies this Court that this cause has been removed from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, pursuant to the provisions of 28 U.S.C. §§ 1331, 1338, 1367, 1441, and 1446.

Dated: April 9, 2017

Respectfully submitted,

CRAFT HOSPITALITY, LLC

/s/ Daliah Saper

Daliah Saper, One of Defendant's Attorneys
Saper Law Offices, LLC
505 N. LaSalle Suite 350
Chicago, Illinois 60654
ARDC No.: 6283932
Phone: (312) 527-4100
ds@saperlaw.com

## Certificate of Service

The undersigned attorney certifies that he served a true and correct copy of the foregoing Notice of Removal on the following counsel of record by electronic mail to the following address:

Jeffrey M. Isaacson
Law Office of Jeffrey M. Isaacson
2033 N. Milwaukee Ave., #105
Deerfield, Illinois 60015
lawofficejmi@gmail.com

/s/Chad Nold
Chad Nold
One of Defendant's attorneys