# EXHIBIT A-1

Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Chicago Running & Special Event Management, Inc

v.

Craft Hospitality, LLC

No. 17 CH 5909

FILED 2017 APR -6 PM 3:06

### NOTICE OF MOTION

To:
    Daliah Saper, 505 N. LaSalle St #350, Chicago, IL 60654
    Sam Gelin, 21 E 7th St., #1, New York, NY 10003

On __4-10-17__ at __10:30 am__ a.m/p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable __Neil Cohen__ or any judge sitting in that Judge's stead, in the courtroom usually occupied by him/her, located at 50 W. Washington Blvd., Chicago, #2308, Illinois, and present __Emergency Motion TRO__.

Atty. No.: 33867    Pro se 99500    Telephone: 312 523-9636
Name: Jeffrey M. Isaacson    Primary Email: lawofficejmi@gmail.com
Atty. for: Plaintiff    Secondary Email: ___
Address: 2033 N. Milwaukee Ave #105    Tertiary Email: ___
City/State/Zip Code: Deerfield, IL 60015

☐ **PROOF OF SERVICE BY DELIVERY**

I, _____, ☐ the attorney ☐ non-attorney certify that on the ___ day of ___, I served this notice by delivering a copy personally to each person to whom it is directed.

Dated: _____    Signature/Certification

☐ **PROOF OF SERVICE BY MAIL**

I, _____, ☐ the attorney ☐ non-attorney certify that I served this notice by mailing a copy to _____ at _____
(address on envelope)
and depositing the same in the U.S. Mail at _____
(place of mailing)
at ___ a.m/p.m.. on the ___ day of ___, with proper postage prepaid.

Dated: _____    Signature/Certification

☐ **PROOF OF ELECTRONIC SERVICE (WHERE PERMISSIBLE)**

I, _____ ☐ the attorney ☐ non-attorney certify that on the ___ day of ___, I served this notice electronically ☐ via the Clerk's Office E-filing system, or ☐ by telefax transmission ( ___ pages) with consent of the recipient where permissible under Ill. Sup Ct. R.11, at fax no. _____, at ___ a.m./p.m., from _____
(Place)

☐ Via email (Sender's Email is _____
Recipient's email is: _____ ).

Dated: _____    Signature/Certification

NOTE: If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this Notice of Motion.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS. |
| COUNTY OF COOK | ) | |

IN THE CIRCUIT COURT OF CCOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| CHICAGO RUNNING AND SPECIAL EVENTS MANAGEMENT, INC., an Illinois corporation | * * * * | 2017CH05009 CALENDAR/ROOM 05 TIME 00:00 Injunction |
| Plaintiff, | * | |
| vs. | * | Case Number: |
| | * | |
| Craft Hospitality, LLC | * | |
| | * | |
| Defendant. | * | |

### EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER and PRELIMINARY INJUNCTION

NOW COMES the Plaintiff, CHICAGO RUNNING AND SPECIAL EVENTS MANAGEMENT, INC., herein referred to as ("PLAINTIFF") by and through its attorney, Law Offices of Jeffrey M. Isaacson and moves this Honorable Court for a temporary restraining order and preliminary injunction against the Defendant, Craft Hospitality, LLC ("CH"), and in support thereof states as follows:

### FACTS

1. That the Plaintiff, is an Illinois corporation which conducts business in Cook County, Illinois.

2. That the Defendant, CH is a New York corporation, located at 21 E 7th Street, Suite #1, New York, New York, and is in the business of operating a festival named, "Chicago Wine Fest".

3. That the Plaintiff registered and holds the state trademark rights for the "Chicago Wine Festival". A copy of the Secretary of State Trademark/Servicemark Detail Report is attached as Exhibit A, incorporated herein and made a part herein.

4. That on March 24, 2017 the attorney for the Plaintiff emailed a letter to Sam Gelin, registered agent for Defendant requesting that CH cease and desist from using the

trademarked phrase "Chicago Wine Festival". A copy of the letter is attached as Exhibit B, incorporated herein and made a part herein.

5. Thereafter, on or about March 29, 2017, the attorney for CH sent an email to Plaintiff's attorney wherein Defendant's attorney indicated that Defendant's refuse to acknowledge Plaintiff's state trademark rights and that Defendant's intend to use the mark in the promotion and during the course of the "Chicago Wine Festival". The event is set to take place on April 22, 2017.

6. That CH is promoting the "Chicago Wine Festival" on the internet through Eventbrite, which is processing the registrations.

7. Presently on the Eventbrite website, there are two festivals being promoted as the "Chicago Wine Festival". The April 22, 2017 event is being produced by CH and the "Chicago-Lincoln Park Wine Festival" which is operated by Plaintiff. A copy of the Eventbrite web page is attached and marked as Exhibit D, incorporated herein and made a part herein.

8. That since the Defendant has no right, license or contract to utilize the protected phrase his continued use will cause and is causing confusion to the public and the Plaintiff is suffering irreparable harm.

9. Given that Plaintiff is the registered owner of the trademark/servicemark and that Defendant's have no rights to its use, there is a strong likelihood of success on the merits of this matter.

12. As a result of Defendant's actions, Plaintiff has been severely and irreparable damaged. Unless Defendants are enjoined from continuing to breach the rights protected by the trademark, Plaintiff will suffer irreparable injury for which it has no adequate remedy at law. Among other things, Plaintiff will lose the benefit of the goodwill it has acquired with its customers.

WHEREFORE, Plaintiff prays as follows:

A. That Defendant, Craft Hospitality and its agents, and all those acting in concert with him be preliminarily and permanently enjoined from using the phrase "Chicago Wine Festival"

B. That Plaintiff be granted its costs of suit, together with reasonable attorney's fees, and any other and further relief as this Court deems just.

Respectfully Submitted,

_____
Jeffrey M Isaacson,
Attorney for Plaintiff,

Law Offices of Jeffrey M. Isaacson
Attorney for Plaintiff
2033 N. Milwaukee Ave #105
Deerfield, Illinois 60015
(312) 523-9636
Attorney Number 33867

## STATE of ILLINOIS

## CERTIFICATE OF REGISTRATION

Whereas, it appears from the application of **CHICAGO RUNNING AND SPECIAL EVENTS MANAGEMENT, INC., an ILLINOIS corporation** located and doing business at **2221 W 43RD ST, CHICAGO, IL 60609**, that said applicant has adopted and is using, within the State of Illinois, a certain **SERVICEMARK**, which is described as follows: **"CHICAGO WINE FESTIVAL - WORD ONLY"** a specimen or facsimile of which mark, as currently used, is attached hereto:



The mark was first used on **February 18, 2016** and first used in the state of Illinois on **February 18, 2016**, the mark is being used by said applicant to identify and distinguish **"ANNUAL FESTIVAL"** in class **S-041**.

The application has been duly examined and has been found acceptable for registration according to the laws of this State. Said mark is therefore, registered as of this day, number **110315** for a five year period.



**In Witness Whereof, I have hereunto set my hand and caused to be affixed the Great Seal of State, at the Capitol in the city of Springfield, January 30, 2017.**

*Jesse White*

JESSE WHITE
SECRETARY OF STATE

Case: 1:17-cv-02682 Document #: 4 Filed: 04/10/17 Page 7 of 16 PageID #:30

| chicago wine festiva | Submit |

**Web**    Images    News    Videos    Shopping
More
1-10 of 3,530,000 results

Ads related to **chicago wine festival**

## Send **Wine** To **Chicago** - The #1 Rated Online **Wine** Store - **Wine**.com

www.**wine**.com/ ▼
Shop Thousands of **Wines** Online Now!
Same Day Shipping · Domestic & Imported Wines

- Free Local Pickup
- Join StewardShip
- Browse New Arrivals
- Trending Wines
- Biggest Savings
- Top Rated Wines

★★★★⯪ rating for wine.com

## **Chicago Wine Festival** - From $39 With Groupon - groupon.com

www.groupon.com/ ▼
Buy Now & Save Up to 29% Off Deal With Groupon. Limited Time Offer.
Concerts & Live Events · Discover 300K+ Deals
Ratings: Deal quality 10/10 - Website 9.5/10
"We want to help people own the experiences.." - The Drum

- Hotels and Vacation Deals
- Relax with Spa Deals

Searches Related to **chicago wine festival**

**Windy City** Wine Festival

Chicago **Whiskey &** Wine Festival **Tickets**

**Windy City** Wine Festival **presented by U.S Facebook**

Chicago **Food +** Wine Festival

Chicago Wine Fest

**River North** Wine Fest

**Lincoln Park** Wine Festival

Chicago

Web Results

### Windy City **Wine Festival**
http://www.windycitywinefestival.com/
The Windy City **Wine Festival** provides an opportunity to sample from more than 300 wines from around the world. Learn about new and exciting varieties from ...

### Windy City **Wine Festival**- Buy Tickets
http://www.windycitywinefestival.com/windy...
For questions, need help or want to purchase over the phone call: 888.695.0888. Discounted advanced ticket sales end Thursday, September 8 at 10 pm.

### **Chicago Wine Fest**! Spring Edition Tickets, Sat, Apr 22, 2017 at 12 ...
https://www.eventbrite.com/e/chicago-wine-...
Eventbrite - Craft Hospitality LLC presents **Chicago Wine Fest**! Spring Edition - Saturday, April 22, 2017 at The Lakewood. Find event and ticket information.

### **Chicago** Whiskey & **Wine Festival** Tickets, Sat, Feb 18, 2017 at 1:00 ...
https://www.eventbrite.com/e/chicago-whisk...
Feb 18, 2017 ... Eventbrite - Players Sport & Social Group presents **Chicago** Whiskey & **Wine Festival** - Saturday, February 18, 2017 at Joe's Bar, **Chicago**, IL.

### **Chicago Wine Festival** (Past Event) - Uncorked Wine Festivals
http://uncorkedwinefestivals.com/chicago-wi...
**Chicago Wine Festival** (Past Event). At Revel Fulton Market. 00Days00Hours00 Minutes00Seconds. When: May 7th 2016. 1-5pm. 6-9pm. Where: Revel Fulton ...

### River North **Wine Fest** | RiverNorthWineFest.com
http://www.rivernorthwinefest.com/
Life is too short to drink bad wine. Taste, sip and unwine at River North **Wine Fest** ! Tickets include wine tastings and a cheese plate! We will have over 35 ...

### Windy City **Wine Festival** | Buckingham Fountain | Things to do in ...
https://www.timeout.com/chicago/events/fes...
Windy City **Wine Festival**. Things to do, Festivals Buckingham Fountain , Grant Park Friday September 8 2017 - Saturday September 9 2017. Add review.

### Windy City Wine Festival presented by U.S. Bank | Facebook

https://www.facebook.com/windycitywinefes...
Windy City Wine Festival presented by U.S. Bank, Chicago, Illinois. 2636 likes · 3 talking about this. Don't miss Windy City Wine Festival at Buckingham...

### Lincoln Park Wine Festival: Special Events Management

http://www.lincolnparkwinefest.com/
Location: Jonquil Park (1001 W. Wrightwood Ave), Chicago ... Lincoln Park Wine Fest will again transform the tranquil northside pocket park into an open-air ...

### Chicago Food + Wine Festival | Lincoln Park – Chicago, IL

https://www.chicagofoodandwinefestival.com/
2015-wine-spirits-mark-oldman. Mark Oldman · art-smith. Art Smith · JBJ_Headshot_Updated. Jimmy Bannos, Jr · jon-and-vinny. Vinny Dotolo & Jon Shook.

Ads related to chicago wine festival

### Send Wine To Chicago - The #1 Rated Online Wine Store - Wine.com

www.wine.com/ ▼
Shop Thousands of Wines Online Now!
Same Day Shipping · Domestic & Imported Wines

    Free Local Pickup    Join StewardShip
    Browse New Arrivals    Trending Wines
    Biggest Savings    Top Rated Wines
★★★★★ rating for wine.com

### Chicago Wine Festival - From $39 With Groupon - groupon.com

www.groupon.com/ ▼
Buy Now & Save Up to 29% Off Deal With Groupon. Limited Time Offer.
Concerts & Live Events · Discover 300K+ Deals
Ratings: Deal quality 10/10 - Website 9.5/10
"We want to help people own the experiences.." - The Drum

    Hotels and Vacation Deals    Relax with Spa Deals

Searches Related to chicago wine festival

### Windy City Wine Festival

Chicago **Whiskey &** Wine Festival **Tickets**

**Windy City** Wine Festival **presented by U.S Facebook**

Chicago **Food +** Wine Festival

Chicago Wine Fest

**River North** Wine Fest

**Lincoln Park** Wine Festival

Chicago

Related Searches

**Virginia** Wine Festival

**Virginia** Wine Festival **Calendar**

**Vintage Virginia** Wine Festival

**Maryland** Wine Festival

**Epcot International Food and** Wine Festival

**Linganore Reggae** Wine Festival

**Maryland State** Wine Festival

**Maryland Westminster** Wine Festival

**Bernalillo** Wine Festival

**Okanagan** Wine Festival

Search History

**chicago wine festival**

**chicago special events**

**NYS Department of State Corporation and Business Entity Database**

**new york secretary of state**

**wheeling park district**

Clear All  Turn Off

**1**  2  3  4  5  6  7  8  9  10    **Next »**

chicago v          Submit (

Settings  Help  Terms Of Service  Privacy  AdChoices

TM, ® + © 2002-2017 Mindspark Interactive Network, Inc. All rights reserved. An IAC Company.

Chicago Wine Fest! Spring Edition Tickets, Sat, Apr 22, 2017 at 12:00 PM | Eventbrite    Page 1 of 5

Case: 1:17-cv-02682 Document #: 4 Filed: 04/10/17 Page 12 of 16 PageID #:35

**Eventbrite**   Search for ev   | HELP   ≡   SIGN UP   LOG IN   CREATE EVENT

Chicago Wine Fest! Spring Edition
Sat, April 22, 2017, 12:00 PM – 10:00 PM CDT

$35 – $60

**DATE AND TIME**

Sat, April 22, 2017
12:00 PM – 10:00 PM CDT
Add to Calendar

**LOCATION**

The Lakewood
1758 W. LAKE ST
Chicago, 60612
View Map

Chicago Wine Fest! Spring Edition Tickets, Sat, Apr 22, 2017 at 12:00 PM | Eventbrite    Page 2 of 5

Case: 1:17-cv-02682 Document #: 4 Filed: 04/10/17 Page 13 of 16 PageID #:36



### DESCRIPTION

Specially curated wineries join live entertainment and serve patrons tastings over a multi-session, all-day, all-night vino experience.

You'll have the chance to sample premium wine to your heart's content while live entertainment keep the party lively during this one of a kind experience.

VIP admission means you'll gain early access one hour before the crowd, so you'll have more time to sample and mingle.

This offer is final sale and nonrefundable. Event will go on rain or shine. Redemption of this offer is subject to normal availability. Pass is not shareable or transferable. Pass is valid **only the Session purchased. All wine tastings stop 15 minutes prior to the end of the session time.** Pass must be redeemed on the date of the event between the Session time purchased otherwise forfeited. Wineries subject to change without notice depending on availability. Must be 21 or older to participate. Venue reserve the right to deny entry to any individual without recourse. Price does not include tax, if applicable. **Never Drink and Drive.**



### TAGS

( Things To Do In Chicago )  ( Festival )  ( Food & Drink )



### SHARE WITH FRIENDS

**DATE AND TIME**

Sat, April 22, 2017
12:00 PM – 10:00 PM CDT
Add to Calendar

**LOCATION**

The Lakewood
1758 W. LAKE ST
Chicago, 60612
View Map

Case: 1:17-cv-02682 Document #: 4 Filed: 04/10/17 Page 15 of 16 PageID #:38



## Craft Hospitality LLC

Organizer of Chicago Wine Fest! Spring Edition

Creating unique moments for the experience-craving generation.

PROFILE    CONTACT

### More Events From This Organizer



SAT, APR 8 12:00 PM
**DC Wine Fest! Spring Edition**

Longview Gallery, Washington DC

$35 - $60    #FoodDrink    #Festival

SAT, APR 29 12:00 PM
**Margarita Rumble**

Dobbin St, Brooklyn

$45 - $65    #FoodDrink    #Festival

VIEW MAP

Chicago Wine Fest! Spring Edition Tickets, Sat, Apr 22, 2017 at 12:00 PM | Eventbrite    Page 5 of 5

Case: 1:17-cv-02682 Document #: 4 Filed: 04/10/17 Page 16 of 16 PageID #:39

## Other Events You May Like

 $99

 $75



TUE, NOV 1 1:00 PM
**Winery Tour in Southwest Michigan**

640 N Wells St, Chicago

#FoodDrink   #Tour

SAT, MAY 20 12:00 PM
**Chicago - Lincoln Park Wine Festival**

Jonquil Park - Lincoln Park/DePaul Area, C...

#FoodDrink   #Festival

SAT, /
River
Tastii

Moe's

#Food

Use Eventbrite for event management and online registration

© 2017 Eventbrite     About     Terms     Privacy     Help Center     Report This Event
Cookie Policy

