

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | | |
|---|---|---|
| CHICAGO RUNNING AND SPECIAL EVENTS MANAGEMENT, INC., an Illinois corporation<br>    Plaintiff,<br>vs.<br><br>Craft Hospitality, LLC<br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case Number: 17 cv 2682<br><br>Hon. Sara Ellis |

TO: United States District Court of Northern District of Illinois, Eastern Division

Daliah Saper, Saper Law Offices
505 N. LaSalle St., #350
Chicago, Illinois 606054

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, CHICAGO RUNNING AND SPECIAL EVENTS MANAGEMENT, INC., herein referred to as ("PLAINTIFF") by and through its attorney, Law Offices of Jeffrey M. Isaacson and files this Notice to Dismiss pursuant to Rule 41 and in support thereof, state as follows:

1. Plaintiff filed an action against Defendant in the Circuit Court of Cook County on April 6, 2017 and was assigned case number 17 CH 5009.

2. That on April 9, 2017 Defendant filed a Notice of Removal of the instant matter.

3. That pursuant to Federal Rules of Civil Procedure, Rune 41(a), Plaintiff seeks to dismiss the instant matter.

Respectfully Submitted,

Jeffrey M Isaacson,
Attorney for Plaintiff, CRSEM

Law Office of Jeffrey M. Isaacson
Attorney for Plaintiff
2033 N. Milwaukee Ave., #105
Deerfield, Illinois 60015
ARDC No. 6201351
(312) 523-9636
lawofficejmi@gmail.com

Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | | |
|---|---|---|
| CHICAGO RUNNING AND SPECIAL EVENTS MANAGEMENT, INC., an Illinois corporation<br>Plaintiff,<br>vs.<br><br>Craft Hospitality, LLC<br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case Number: 17 cv 2682<br><br>Hon. Sara Ellis |

NOTICE OF FILING OF NOTICE OF DISMISSAL

Plaintiff, Chicago Running & Special Events Management, Inc. hereby notifies the Court that on June ___7___, 2017, it filed a Notice of Dismissal of this action with the United District Court for the Northern District of Illinois, a copy of which is attached hereto as Exhibit A.

Respectfully Submitted,

Jeffrey M Isaacson,
Attorney for Plaintiff, CRSEM

Law Office of Jeffrey M. Isaacson
Attorney for Plaintiff
2033 N. Milwaukee Ave., #105
Deerfield, Illinois 60015
ARDC No. 6201351
(312) 523-9636
lawofficejmi@gmail.com